IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20 CV 388 MOC WCM

| | | |
|---|---|---|
| LETOYA MCCULLOUGH, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

This matter is before the Court *sua sponte* for case management purposes.

On July 15, 2020, Plaintiff, proceeding *pro se*, filed a Complaint seeking judicial review of the Commissioner's decision regarding Plaintiff's claim for disability insurance benefits and supplemental security income. Doc. 1.

On December 21, 2020, the Commissioner timely filed an answer to Plaintiff's Complaint and the electronic certified administrative record. See Docs. 10, 12, 13 & 14.

On December 28, 2020, the District Court issued a text-only scheduling order setting a deadline of February 26, 2021 for Plaintiff to file a Motion for Summary Judgment, and a deadline of April 27, 2021 for the Commissioner to file a Motion for Summary Judgment.

1

On April 27, 2021, the Commissioner filed his Motion for Summary Judgment. See Docs. 15 & 16. Therein, the Commissioner asserts that the Administrative Law Judge's determination that Plaintiff was not disabled and the resulting denial of Plaintiff's claim for disability insurance benefits and supplemental security income should be affirmed. The deadline for Plaintiff to respond to the Commissioner's Motion for Summary Judgment was May 11, 2021.

Plaintiff has not filed a Motion for Summary Judgment and has not filed a response to the Commissioner's Motion for Summary Judgment.

Plaintiff is **ADVISED** that if she does not submit a Motion for Summary Judgment and/or a response to the Commissioner's Motion for Summary Judgment by the date stated herein, the Court may proceed to consider the merits of this matter without hearing from her.

In the Court's discretion, Plaintiff's deadline for filing a Motion for Summary Judgment and/or a response to the Commissioner's Motion for Summary Judgment will be **EXTENDED** to and including **June 4, 2021.**

It is so ordered.

Signed: May 14, 2021

W. Carleton Metcalf
United States Magistrate Judge